**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-440-M |
| JOHN GRISHAM (01)<br>ROB WILBURN (02)<br>RICHARD SPEIGHTS JR. (03) | |

### GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America ("the government"), by and through the United States Attorney for the Northern District of Texas, moves for an order to unseal the superseding indictment returned by the grand jury in the above-captioned criminal case. The government requests that the superseding indictment be unsealed as the defendants' counsel will be served with a summons for the defendants' initial appearances.

[NOTHING FURTHER ON THIS PAGE]

Dated this _____ day of January 2023.

                                            Respectfully submitted,

                                            LEIGHA SIMONTON
                                            UNITED STATES ATTORNEY

                                            GLENN S. LEON, CHIEF
                                            U.S. DEPARTMENT OF JUSTICE
                                            FRAUD SECTION, CRIMINAL DIVISION

                                            */s/ Carlos A. Lopez*
                                            CARLOS A. LOPEZ
                                            Trial Attorney
                                            Fraud Section, Criminal Division
                                            U.S. Department of Justice
                                            New York State Bar No. 4256244
                                            1100 Commerce Street, Third Floor
                                            Dallas, Texas 75242-1699
                                            Telephone:   202-875-9038
                                            Carlos.Lopez@usdoj.gov



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN GRISHAM (01)<br>ROB WILBURN (02)<br>RICHARD SPEIGHTS JR. (03) | NO. 3:21-CR-440-M |

### ORDER

Before the Court is the Government's Motion to Unseal the Superseding Indictment in the above-captioned criminal case. The Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that the Superseding Indictment be **unsealed**.

IT IS FURTHER ORDERED that the government is permitted to provide each defendant and each defendants' counsel with a copy of the Superseding Indictment, for purposes of the defendants' initial appearance in federal court or a foreign court/jurisdiction.

IT IS FURTHER ORDERED that this Order and the accompanying motion be **unsealed**.

**SO ORDERED** on this _____ day of January 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS