IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:21-CR-440-M |
| JOHN GRISHAM (01)<br>ROB WILBURN (02)<br>RICHARD SPEIGHTS JR. (03) | |

### ORDER

Before the Court is the Government's Motion to Unseal Superseding Indictment in the above-captioned criminal case. The Motion is GRANTED.

IT IS THEREFORE ORDERED that the Superseding Indictment be **unsealed**.

IT IS FURTHER ORDERED that the Government is permitted to provide each Defendant and each Defendants' counsel with a copy of the Superseding Indictment, for purposes of the Defendants' initial appearance in federal court or a foreign court/jurisdiction.

IT IS FURTHER ORDERED that this Order and the accompanying Motion be **unsealed**.

**SO ORDERED.**

January 6, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE