**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:21-CR-00440-M |
| | § | |
| RICHARD  SPEIGHTS, JR (03), | § | |
| | § | |
| Defendant. | § | |
| | § | |

### AMENDED SCHEDULING ORDER FOR SENTENCING

Should counsel for the defendant desire to be present for the initial interview between the defendant and the probation officer, counsel must arrange to do so within three government business days from the date of this order.

The Presentence Report must be disclosed to the Court, the defendant, defendant's counsel, and the attorney for the Government, via electronic filing, **by August 7, 2023.**

Written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report, must be electronically filed **by August 21, 2023.  IF THEY HAVE NO OBJECTIONS, BOTH THE GOVERNMENT AND THE DEFENDANT ARE REQUIRED TO FILE A WRITTEN STATEMENT STATING THEY HAVE NO OBJECTIONS.**

If written objections to the Presentence Report have been timely made, the Probation Office must electronically file any addendum to the Presentence Report **by September 5, 2023.**

Written objections to this addendum must be electronically filed **by September 11, 2023.**

Sentencing of the Defendant is **SET for September 28, 2023 at 9:00 a.m.**

Any motions for downward departure and sentencing memoranda must now be electronically filed **on or before September 22, 2023.**  Character letters shall be e-mailed directly

to the Court Coordinator, Alicyn Anthony, at Alicyn_Anthony@txnd.uscourts.gov, or mailed or hand delivered **on or before September 22, 2023**.  No courtesy copies are required.

If, during the presentence report ("PSR") investigation, it is determined that Texas Youth Commission ("TYC") records are needed, the court orders the TYC to release these records to the Probation Officer assigned to prepare the PSR, acting in the performance of the officer's official duties pursuant to Fed. R. Crim. P. 32.  The specific records that are to be released include documents pertaining to the defendant's social history, court disposition records, substance abuse treatment records, psychological evaluations, other mental health treatment records, educational records, general health records, adjustment while incarcerated records, and release dates from the TYC.

**If a continuance is entered that is not requested by the defendant and the new sentencing date would cause the defendant to be in custody longer than the bottom of the applicable guideline range, counsel should request an earlier setting from the Courtroom Deputy, Alicyn Anthony.**

Questions relating to this Order are to be directed to Alicyn Anthony, at Alicyn_Anthony@txnd.uscourts.gov, (214-753-2421).


**SO ORDERED.**

February 16, 2023.


_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE