UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:21-cr-00440-M |
| ) | |
| JOHN GRISHAM (01) ) | |
| ROB WILBURN (02) ) | |
| RICHARD SPEIGHTS JR. (03) ) | |

## ORDER DISMISSING THE INDICTMENTS WITH PREJUDICE

Before the Court is the Government's Consent Motion to Dismiss the Indictments with Prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). After consideration of the record and applicable law, the Court **GRANTS** the Motion. The Superseding Indictment, filed December 6, 2022, and Indictment, filed on September 15, 2021, are hereby **DISMISSED WITH PREJUDICE.**

It is so ordered this, the 15th of May, 2023.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE