# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Case Number: 3:21-CR-00440-M |
| | § | |
| RICHARD SPEIGHTS, JR. (3), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Release of Passport (Doc. No. 172). The Motion is GRANTED.

Defendant's passport is currently held at the U.S. District Clerk's Office, 1100 Commerce Street, 14th floor, Dallas, Texas.

IT IS THEREFORE ORDERED that Defendant Richard Speights, Jr. may retrieve his passport from the U.S. District Clerk's Office by showing a copy of this Order.

**SO ORDERED**.

June 6, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE